UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD R. MAGEE, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 16-0289** |
| **WASHINGTON PARISH DISTRICT ATTORNEY'S OFFICE, SUED IN THEIR INDIVIDUAL CAPACITIES** | **SECTION: "B"(5)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's complaint, to the extent that it can be construed as a request for federal habeas corpus relief, is dismissed without prejudice for failure to exhaust available state court remedies.

**IT IS FURTHER ORDERED** that Plaintiff's claims under 42 U.S.C. §1983 are dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B).

**IT IS FURTHER ORDERED** that any state law claims raised by Plaintiff's complaint are dismissed without prejudice pursuant to 28 U.S.C. §1367(c)(3).

New Orleans, Louisiana, this 28th day of March, 2016.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE